UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 11, 2009**

Mr. Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W., Suite 650
Washington , DC 20006

Mr. Carol V. Gilden
Cohen Milstein Hausfeld & Toll, PLLC - Chicago
39 South LaSalle Street, Suite 1100
Chicago, IL 60603

Mr. Daniel W. Sigelman
Cohen Milstein Sellers & Toll PLLC - DC
1100 New York Avenue, N.W., Suite 500
Washington, DC 20005-3964

Re: *Dikselis, et al v. Wyeth, et al.*, 4:04-CV-01050-WRW

Dear Counsel:

I have your motion to withdraw as counsel.

Assuming that the decedents, heirs, or assigns wish to continue the lawsuit, what do you suggest that you or I do to protect their interests if you are permitted to withdraw?

Please let me have your response by noon, next Tuesday, February 17, 2009.

Cordially,

/s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:   Other Counsel of Record