**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 17, 2009**

Mr. Mitchell B. Dikselis
1033 West 14th Place, #339
Chicago, IL  60608-2295

Mr. Daniel A. Dikselis
2 Ivy Court
Bolingbrook, IL  60490-4574

Ms. Bonnie Dikselis Fisher
7708 Gunsight Pass
Littleton, CO  70127

      Re:    *Dikselis v. Wyeth*, 4:04-CV-01050-WRW
             Motion to Withdraw as Counsel

Dear Messieurs Dikselis and Ms. Fisher:

Enclosed is a copy of your lawyers' Motion to Withdraw as counsel of record.  I plan to grant this motion.

You should try to retain another lawyer.  Based on your role as possible heirs of the deceased Plaintiffs, you may, in fact, be required to obtain counsel.[1]  However, if you do decide to represent yourselves, assuming you satisfy yourselves that you can do this, you will be required to follow the rules that lawyers are required to follow, including the local rules of the Eastern District of Arkansas.

It is usually very difficult for a non-lawyer to represent herself or himself, particularly in a complicated case such as this.

You or your new lawyer, if you retain one, should send me a letter indicating that you intend to proceed with your case, by 5 p.m., Tuesday, March 3, 2009.  If I do not hear from you by then, I will dismiss your case.

                                            Cordially,

                                            /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Counsel of Record

---

[1] See *Jones ex rel Jones v. Correctional Medical Services, Inc.*, 401 F.3d 950 (8th Cir. 2005) (dismissing the case as a nullity because a non-attorney administrator of an estate may not proceed *pro se* when there are other beneficiaries or creditors of the estate).